ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Email: Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL. 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAKISHA STAFFORD,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY d/b/a USAA; DOES I-X, inclusive; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00194-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff TAKISHA STAFFORD ("Plaintiff"), by and through her counsel, KAPLAN LAW GROUP, and Defendant USAA GENERAL INDEMNITY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their

…

…

…

…

152369152.1

own attorney's fees and costs.

DATED this 26th day of February, 2025.   DATED this 24th day of February, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP    KAPLAN LAW GROUP

/s/ *Jennifer A. Taylor*                /s/
ROBERT W. FREEMAN                       KORY L. KAPLAN.
Nevada Bar No. 3062                     Nevada Bar No. 13164
JENNIFER A. TAYLOR                      BRITTANY A. KAPLAN
Nevada Bar No. 6141                     Nevada Bar No. 13663
6385 S. Rainbow Boulevard, Suite 600    10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89118                 Las Vegas, NV 89145
*Attorneys for Defendant*               *Attorneys for Plaintiff Takisha Stafford*
*USAA General Indemnity Company*

## ORDER

**IT IS SO ORDERED.** The Clerk is kindly directed to close the case.

Dated this  4th  day of      March       , 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE